UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TELEPHIA, INC., | ) | |
| Plaintiff(s), | ) | No. C06-3767 SBA (BZ) |
| v. | ) | |
| M:METRICS, INC., | ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE** |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that a telephone conference with respect to the dispute outlined in M:Metrics' letter dated October 30, 2006 is scheduled for **Friday, November 3, 2006 at 9:00 a.m.** Counsel for defendant shall get counsel for plaintiff on the line and call chambers at **415-522-4093**.

Dated: November 1, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TELEPHIA\TELCONF.ORDER.1.wpd

1