UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TELEPHIA, INC., | ) | |
| Plaintiff(s), | ) | No. C06-3767 SBA (BZ) |
| v. | ) | **SECOND DISCOVERY ORDER** |
| M:METRICS, INC., | ) | |
| Defendant(s). | ) | |

A telephonic conference was held with respect to the dispute outlined in M:Metrics' letter dated October 30, 2006, at which each party was represented by counsel. **IT IS HEREBY ORDERED** that the parties meet and confer in person before the close of business on Friday, November 10, 2006, and make a good faith effort to resolve their dispute in accordance with the views expressed by the court.

If the parties fail to resolve their dispute, M:Metrics has leave to file a motion to compel discovery. The motion shall be filed by November 20th, 2006. The opposition papers shall be filed no later than December 1st, 2006. Any reply papers shall be filed no later than December 7th, 2006.

///

1

1 | The court will schedule a hearing if one is deemed necessary.
2 | Dated: 11/03/06

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TELEPHIA\seconddisc.wpd