DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
BRIAN BERLINER (S.B. #156732) – bberliner@omm.com
ERIC J. KNAPP (S.B. #214352) – eknapp@omm.com
MICHAEL SAPOZNIKOW (S.B. #242640) – msapoznikow@omm.com
DAVID S. ALMELING (S.B. #235449) – dalmenling@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Plaintiff, TELEPHIA, INC.

TERRY KEARNEY (S.B. #160054) – tkearney@wsgr.com
MICHAEL B. LEVIN (S.B. #172329) – mlevin@wsgr.com
KARIN B. SWOPE (*pro hac vice*) – kswope@wsgr.com
CHRISTOPHER R. PARRY (S.B. #209858) – cparry@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:     (650) 493-9300
Facsimile:      (650) 565-5100
Email: mlevin@wsgr.com

Attorneys for Defendant, M:METRICS, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TELEPHIA, INC., a Delaware corporation,<br><br>     Plaintiff,<br>  v.<br><br>M:METRICS, INC., a Delaware corporation,<br><br>     Defendant.<br>M:METRICS, INC., a Delaware corporation,<br><br>     Counter-Complainant,<br>  v.<br><br>TELEPHIA, INC., a Delaware corporation,<br><br>     Cross-Defendant. | Case No.  C 06-03767 SBA (BZ)<br><br>**STIPULATED DISCOVERY PLAN AND [PROPOSED] ORDER** |

1  WHEREAS, this matter has been referred to the Honorable Bernard Zimmerman for all
2  discovery, and

3  WHEREAS, the Parties proposed a discovery plan in their Joint Case Management
4  Statement, *see* Docket no. 19, and

5  WHEREAS, the Court did not address the Parties' discovery plan in its Scheduling Order,
6  *see* Docket no. 22,

7  THEREFORE, THE PARTIES HEREBY NOTIFY THE COURT that they request that
8  the Honorable Bernard Zimmerman issue an order adopting the stipulated Discovery Plan
9  described below:

## DISCOVERY PLAN

Depositions:   Each party will be limited to 70 total hours for all fact witnesses, excluding experts and non-party witnesses.  Depositions of expert witnesses and persons designated by a party under Federal Rule 30(b)(6) will be limited to a reasonable time, notwithstanding the time limit in Federal Rule 30(d).  A reasonable time to complete depositions of expert witnesses and persons designated by a party under Federal Rule 30(b)(6) shall be presumed to be 14 hours per person.  Depositions of individuals other than expert witnesses and persons designated by a party under Federal Rule 30(b)(6) will be limited to 7 hours per person, as provided in Federal Rule 30(d).  Any party may seek additional time for a particular deposition based on a good faith showing that such additional time is necessary, reasonable and appropriate.

Each party shall be permitted to depose any witness submitting a declaration in connection with claim construction, provided that such depositions are limited to the subject matter of the declaration.  Notwithstanding Patent L.R. 4-4, M:Metrics shall be permitted to depose any expert witness submitting a declaration contemporaneously with Telephia's opening claim construction brief not more than seven days after the brief is filed, and Telephia shall be permitted to depose any expert witness submitting a declaration contemporaneously with M:Metrics' responsive claim

construction brief not more than four days after the brief is filed. Any claim construction deposition pursuant to this paragraph shall be limited to 7 hours, but it shall not count against a party's total time limit or the party's time limit as to the witness.

Expert Discovery: A testifying expert's draft reports, notes, outlines, and any other writings leading up to his or her final report(s) in this case are exempt from discovery. In addition, all communications with, and all materials generated by, a testifying expert with respect to his or her work on this case are exempt from discovery unless relied upon by the expert in forming his opinions. The expert shall produce his or her final report(s) and all materials and/or communications on which he or she actually relies in forming his or her opinion.

Dated: December 1, 2006

DARIN W. SNYDER
BRIAN BERLINER
ERIC J. KNAPP
MICHAEL SAPOZNIKOW
DAVID S. ALMELING
O'MELVENY & MYERS LLP


By:     /s/ Michael Sapoznikow
            Michael Sapoznikow
Attorneys for Plaintiff
TELEPHIA, INC.

Dated: November 27, 2006

TERRY KEARNEY
MICHAEL B. LEVIN
KARIN B. SWOPE
CHRISTOPHER R. PARRY
WILSON SONSINI GOODRICH &
ROSATI P.C.


By:     /s/ Christopher R. Parry
            Christopher R. Parry
Attorneys for Defendant
M:METRICS, INC.

STIPULATED DISCOVERY PLAN AND
PROPOSED] ORDER– CASE NO. CV 06-03797

2

1  Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under
2 penalty of perjury that concurrence in the filing of the document has been obtained from
3 all the signatories.

Dated: December 1, 2006                 By:  /s/ Michael Sapoznikow
                                              Michael Sapoznikow
                                              Attorney for Plaintiff
                                              TELEPHIA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December 4, 2006

_____
Honorable
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman

STIPULATED DISCOVERY PLAN AND                 3
PROPOSED] ORDER– CASE NO. CV 06-03797