| | |
|---|---|
| 1 | DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com |
| | BRIAN BERLINER (S.B. #156732) – bberliner@omm.com |
| 2 | ERIC J. KNAPP (S.B. #214352) – eknapp@omm.com |
| | MICHAEL SAPOZNIKOW (S.B. #242640) – msapoznikow@omm.com |
| 3 | DAVID S. ALMELING (S.B. #235449) – dalmeling@omm.com |
| | O'MELVENY & MYERS LLP |
| 4 | Embarcadero Center West |
| | 275 Battery Street |
| 5 | San Francisco, CA  94111-3305 |
| | Telephone:    (415) 984-8700 |
| 6 | Facsimile:    (415) 984-8701 |
| 7 | Attorneys for Plaintiff |
| | TELEPHIA, INC. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TELEPHIA, INC., a Delaware corporation, | Case No.  C 06-03767 SBA (BZ) |
| Plaintiff, | **TELEPHIA, INC.'S ADMINISTRATIVE MOTION TO CORRECT DOCKET AND** |
| v. | |
| M:METRICS, INC., a Delaware corporation, | **ORDER** |
| Defendants. | |

ADMINISTRATIVE MOTION TO CORRECT DOCKET
CASE NO. CV 06-03797 SBA (BZ)

**Unopposed Motion to Correct Docket**

Pursuant to Civil Local Rule 7-11, plaintiff Telephia, Incorporated ("Telephia") respectfully requests that the document labeled "Exhibit E" located at docket number 28 ("Exhibit E") be removed from the ECF system.  On November 22, 2006, Telephia filed a Stipulation And [Proposed] Order Granting Telephia Leave To File First Amended Complaint And Granting M:Metrics 30 Days To Respond To Telephia's First Amended Complaint ("Stipulation"), along with a motion to seal certain exhibits to the stipulation, including Exhibit E.  Telephia intended to file a manual filing notice rather than Exhibit E in the Court's ECF system, but erroneously filed the actual document.  When Telephia became aware of the error, Telephia filed the manual filing notice (docket number 34) and called the ECF helpdesk to request that Exhibit E be locked so that it may not be viewed by members of the public.

Telephia therefore requests that the Court issue an order removing Exhibit E from the ECF system.  Counsel for Defendant M:Metrics have advised Telephia that they do not oppose this Administrative Motion.

Dated:  November 27, 2006

DARIN W. SNYDER
BRIAN BERLINER
ERIC J. KNAPP
MICHAEL SAPOZNIKOW
DAVID S. ALMELING
O'MELVENY & MYERS LLP


By:   /s/ Michael Sapoznikow
       Michael Sapoznikow
       Attorneys for Plaintiff
       TELEPHIA, INC.

ADMINISTRATIVE MOTION TO CORRECT DOCKET
CASE NO. CV 06-03797 SBA (BZ)

1

# ORDER

Having considered the submissions relating to Micrel's Administrative Motion and good cause appearing,

**IT IS HEREBY ORDERED**:

Plaintiff's Administrative Motion to Correct Docket, is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to remove the document identified as "Exhibit E" located at docket number 28 in this Action from the ECF system. No other document located at docket number 28 is to be removed.

Dated: 12/4/06

_____
Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE