DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
BRIAN BERLINER (S.B. #156732) – bberliner@omm.com
ERIC J. KNAPP (S.B. #214352) – eknapp@omm.com
MICHAEL SAPOZNIKOW (S.B. #242640) – msapoznikow@omm.com
DAVID S. ALMELING (S.B. #235449) – dalmeling@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Plaintiff
TELEPHIA, INC.

TERRY KEARNEY (S.B. #160054)
MICHAEL B. LEVIN (S.B. #172329)
CHRISTOPHER R. PARRY (S.B. #209858)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: mlevin@wsgr.com

Attorneys for Defendant
M:METRICS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TELEPHIA, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>      v.<br><br>M:METRICS, INC., a Delaware corporation,<br><br>                    Defendants. | Case No.  C 06-03767 SBA (BZ)<br><br>**STIPULATION AND ORDER GRANTING AN EXTENSION** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 06-03767 SBA (BZ)

1       WHEREAS, the parties are currently required to submit their Patent L.R.
2   4-2 disclosures on December 18, 2006; and
3       WHEREAS, on December 14, 2006, plaintiff Telephia, Inc. ("Telephia")
4   supplemented its responses to defendant M:Metrics, Inc.'s ("Metrics") Interrogatories
5   Nos. 7 and 8—which seek Telephia's contentions on how it is mapping the '011 patent's
6   "network parametric data" and "device parametric data" claim limitations onto the
7   accused M:Metrics products; and
8       WHEREAS, M:Metrics requests a brief extension of the Patent L.R. 4-2
9   deadline to December 21, 2006 so that it will have time to review Telephia's interrogatory
10  responses; and
11      WHEREAS, Telephia does not oppose M:Metrics' request for an extension
12  of time; and
13      WHEREAS, the extension of time is intended to allow the parties to
14  coordinate their discovery responses with the Patent Local Rules pursuant to a
15  compromise between the parties resolving a discovery dispute; and
16      WHEREAS, the Patent L.R. 4-2 deadline has not been previously extended;
17  and
18      WHEREAS, the extension of the Patent L.R. 4-2 deadline will not alter the
19  timing of any other scheduled event;
20
21      IT IS THEREFORE STIPULATED AND AGREED that the Court may
22  enter the following order extending the Patent L.R. 4-2 deadline to December 21, 2006.
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER                                                                1
CASE NO. CV 06-03767 SBA (BZ)

| | |
|---|---|
| Dated: December 15, 2006 | DARIN W. SNYDER<br>BRIAN BERLINER<br>ERIC J. KNAPP<br>MICHAEL SAPOZNIKOW<br>DAVID S. ALMELING<br>O'MELVENY & MYERS LLP |
| | By:   /s/ Michael Sapoznikow<br>     Michael Sapoznikow<br>     Attorneys for Plaintiff<br>     TELEPHIA, INC. |
| Dated: December 15, 2006 | TERRY KEARNEY<br>MICHAEL B. LEVIN<br>KARIN B. SWOPE<br>CHRISTOPHER R. PARRY<br>WILSON SONSINI GOODRICH & ROSATI |
| | By:   /s/ Michael B. Levin<br>     Michael B. Levin<br>     Attorneys for Defendant<br>     M:METRICS, INC. |

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

| | |
|---|---|
| Dated: December 15, 2006 | By:   /s/ Michael Sapoznikow<br>     Michael Sapoznikow<br>     Attorneys for Plaintiff<br>     TELEPHIA, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 12/15/06

*[signature]*
Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE