DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
BRIAN BERLINER (S.B. #156732) – bberliner@omm.com
ERIC J. KNAPP (S.B. #214352) – eknapp@omm.com
MICHAEL SAPOZNIKOW (S.B. #242640) – msapoznikow@omm.com
DAVID S. ALMELING (S.B. #235449) – dalmeling@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
TELEPHIA, INC.

TERRY KEARNEY (S.B. #160054)
MICHAEL B. LEVIN (S.B. #172329)
KARIN B. SWOPE (PRO HAC VICE)
CHRISTOPHER R. PARRY (S.B. #209858)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email: mlevin@wsgr.com

Attorneys for Defendant
M:METRICS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TELEPHIA, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>M:METRICS, INC., a Delaware corporation,<br><br>              Defendants. | Case No.  C 06-03767 SBA (BZ)<br><br>**STIPULATION AND ORDER GRANTING TELEPHIA LEAVE TO FILE FIRST AMENDED COMPLAINT AND GRANTING M:METRICS 30 DAYS TO RESPOND TO TELEPHIA'S FIRST AMENDED COMPLAINT** |

1    WHEREAS, Plaintiff Telephia, Inc. ("Telephia") requests leave to file a
2 First Amended Complaint; and
3    WHEREAS, Defendant M:Metrics, Inc. ("M:Metrics") does not oppose
4 Telephia's request for leave; and
5    WHEREAS, Telephia's proposed First Amended Complaint is attached
6 hereto as Exhibit 1; and
7    WHEREAS, a "redline" document comparison of Telephia's First Amended
8 Complaint against Telephia's original Complaint is attached hereto as Exhibit 2; and
9    WHEREAS, M:Metrics requests that it be allowed 30 days to respond to
10 Telephia's First Amended Complaint; and
11    WHEREAS, Telephia does not oppose M:Metrics' request to be allowed 30
12 days to respond to Telephia's First Amended Complaint;
13
14    IT IS THEREFORE STIPULATED AND AGREED that the Court may
15 enter the following order granting Telephia leave to file its First Amended Complaint and
16 granting M:Metrics 30 days to respond to Telephia's First Amended Complaint.
17
18
19    Dated:  November 22, 2006        DARIN W. SNYDER
                                       BRIAN BERLINER
20                                     ERIC J. KNAPP
                                       MICHAEL SAPOZNIKOW
21                                     DAVID S. ALMELING
                                       O'MELVENY & MYERS LLP
22
23
                                       By:   /s/ Michael Sapoznikow
24                                           Michael Sapoznikow
                                             Attorneys for Plaintiff
25                                           TELEPHIA, INC.
26
27
28

STIPULATION AND [PROPOSED] ORDER                                                    1
CASE NO. CV 06-03767 SBA (BZ)


Dated: November 22, 2006

TERRY KEARNEY
MICHAEL B. LEVIN
KARIN B. SWOPE
CHRISTOPHER R. PARRY
WILSON SONSINI GOODRICH &
  ROSATI

By: /s/ Michael B. Levin
    Michael B. Levin
    Attorneys for Defendant
    M:METRICS, INC.

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

Dated: November 22, 2006

By: /s/ Michael Sapoznikow
    Michael Sapoznikow
    Attorneys for Plaintiff
    TELEPHIA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 12/21/06

_____
Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 06-03767 SBA (BZ)

2