1  DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
   BRIAN BERLINER (S.B. #156732) – bberliner@omm.com
2  ERIC J. KNAPP (S.B. #214352) – eknapp@omm.com
   MICHAEL SAPOZNIKOW (S.B. #242640) – msapoznikow@omm.com
3  JAMES A. HIGH, JR. (S.B. #240781) – jhigh@omm.com
   O'MELVENY & MYERS LLP
4  Embarcadero Center West
   275 Battery Street
5  San Francisco, CA  94111-3305
   Telephone:   (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff
   TELEPHIA, INC.
8
   TERRY KEARNEY (S.B. #160054)
9  MICHAEL B. LEVIN (S.B. #172329)
   CHRISTOPHER R. PARRY (S.B. #209858)
10 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
11 650 Page Mill Road
   Palo Alto, CA  94304-1050
12 Telephone:   (650) 493-9300
   Facsimile:    (650) 565-5100
13 Email: mlevin@wsgr.com

14 Attorneys for Defendant
   M:METRICS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TELEPHIA, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>M:METRICS, INC., a Delaware corporation,<br><br>            Defendants. | Case No.  C 06-03767 SBA (BZ)<br><br>**STIPULATION AND ORDER REVISING BRIEFING SCHEDULE** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 06-03767 SBA (BZ)

1  WHEREAS, the Court has entered an Order adopting the parties' Stipulated
2  Discovery Plan, *see* Docket 37, and

3  WHEREAS, under the Stipulated Discovery Plan any expert depositions
4  associated with claim construction will be held shortly after each party files its respective
5  claim construction brief; and

6  WHEREAS, M:Metrics' Responsive Claim Construction Brief is currently
7  scheduled to be due on March 1, 2007; and

8  WHEREAS, Telephia's Claim Construction Reply Brief is currently
9  scheduled to be due on March 8, 2007; and

10  WHEREAS, the parties jointly request additional briefing time in order to
11  accommodate the possible depositions within the schedules of their experts and counsel;
12  and

13  WHEREAS, the Court has not previously altered the claim construction
14  briefing schedule; and

15  WHEREAS, the adjustments to the briefing schedule stipulated herein by
16  the parties will not alter the timing of any other scheduled event; and

17  WHEREAS, the Court will have more than three weeks after Telephia files
18  its Reply on March 12, 2007 to review the parties' claim construction filings before the
19  Technology Tutorial and Claim Construction Hearing scheduled for April 4, 2007;

21  THEREFORE the parties jointly request that the Court enter the following
22  order setting the deadline for M:Metrics' Responsive Claim Construction Brief for Friday,
23  March 2, 2007 and setting the deadline for Telephia's Claim Construction Reply Brief for
24  Monday, March 12, 2007.

STIPULATION AND [PROPOSED] ORDER  1
CASE NO. CV 06-03767 SBA (BZ)

| | | |
|---|---|---|
| 1 | Dated: 2/8/2007 | DARIN W. SNYDER |
| 2 | | BRIAN BERLINER |
| | | ERIC J. KNAPP |
| 3 | | MICHAEL SAPOZNIKOW |
| | | JAMES A. HIGH, JR. |
| 4 | | O'MELVENY & MYERS LLP |

By:   /s/ Michael Sapoznikow
      Michael Sapoznikow
      Attorneys for Plaintiff
      TELEPHIA, INC.

Dated: 2/8/2007

TERRY KEARNEY
MICHAEL B. LEVIN
CHRISTOPHER R. PARRY
WILSON SONSINI GOODRICH &
   ROSATI

By:   /s/ Christopher R. Parry
      Michael B. Levin
      Attorneys for Defendant
      M:METRICS, INC.

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

Dated: 2/8/2007          By:   /s/ Michael Sapoznikow
                               Michael Sapoznikow
                               Attorneys for Plaintiff
                               TELEPHIA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 2/9/07

_____
Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 06-03767 SBA (BZ)

2