DARIN W. SNYDER, State Bar No. 136003
BRIAN BERLINER, State Bar No. 156732
ERIC J. KNAPP, State Bar No. 214352
MICHAEL SAPOZNIKOW, State Bar No. 242640
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
TELEPHIA, INC.


TERRY KEARNEY, State Bar No. 160054
MICHAEL B. LEVIN, State Bar No. 172329
CHRISTOPHER R. PARRY, State Bar No. 209858
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: mlevin@wsgr.com

Attorneys for Defendant
M:METRICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TELEPHIA, INC., a Delaware corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M:METRICS, INC., a Delaware corporation<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.: C 06 3767 SBA (BZ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DUE DATE FOR M:METRICS' CLAIM CONSTRUCTION BRIEF** |

Under the present briefing schedule, Defendant M:Metrics, Inc.'s ("M:Metrics") Responsive Claim Construction Brief is due on Friday, March 2, 2007. The parties had agreed to this date so that if M:Metrics submitted an expert declaration with its brief, the Plaintiff Telephia,

1  Inc. ("Telephia") would have sufficient time to depose the expert before submitting its Claim
2  Construction Reply Brief on Monday, March 12, 2007. M:Metrics has subsequently decided not
3  to submit an expert declaration with its Responsive Claim Construction Brief.
4      Therefore, the parties jointly request that the Court enter the following order extending the
5  deadline for M:Metrics' Responsive Claim Construction Brief to Monday, March 5, 2007. All
6  other dates shall remain unchanged.

**SO STIPULATED**

Dated: February 28, 2007      WILSON SONSINI GOODRICH & ROSATI

By:    /s/
     Christopher Parry

Attorneys for Defendants and
Counterclaimants
M:METRICS. INC.

Dated: February 28, 2007      O'MELVENY & MYERS LLP

By:    /s/
     Michael Sapoznikow

Attorneys for Plaintiff and Counterdefendant,
TELEPHIA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** _____.

Dated: 3/1/07      By: *Saundra B. Armstrong*
     Hon. Saundra Brown Armstrong
     United States District Judge

**Attestation Pursuant to General Order 45.X**

I, Christopher Parry, hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.

Dated: February 28, 2007            By:    /s/
                                                           Christopher Parry

Case 4:06-cv-03767-SBA Document 73 Filed 03/28/2007 Page 3 of 3