UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEPHIA, INC., <br><br>         Plaintiff(s), <br><br>    v. <br><br> M:METRICS, INC., <br><br>         Defendant(s). | No. C06-3767 SBA (BZ) <br><br> **THIRD DISCOVERY ORDER** |

On April 16, 2007, I held a telephonic conference regarding the discovery disputes outlined in plaintiff's letter dated April 16, 2007.  Each party was represented by counsel.  For the reasons stated during the conference, **IT IS HEREBY ORDERED** as follows:

    1.  The parties will confer regarding plaintiff's request for copies of defendant's patent applications.  If the dispute is not resolved, plaintiff is granted leave to file an appropriate motion.

    2.  Plaintiff's request for a username and password for defendant's "MobiLens Service" is **GRANTED** in part.  Defendant shall supply to plaintiff's counsel a username and password that will provide access to the MobiLens Service, upon

1

activation, for a twenty-four hour period.  Access shall be limited to plaintiff's counsel and to its noticed expert, Thomas Conti, and shall be treated as highly confidential information pursuant to the parties' Stipulated Protective Order.  Should plaintiff have good cause to request additional access to the system, it shall then renew its request.

Dated: April 16, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TELEPHIA\THIRD.DISC.ORD.wpd

2