1  TERRY KEARNEY, State Bar No. 160054
   MICHAEL B. LEVIN, State Bar No. 172329
2  CHRISTOPHER R. PARRY, State Bar No. 209858
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:  (650) 565-5100
   Email: mlevin@wsgr.com
6
   Attorneys for Defendant
7  M:METRICS, INC.

8  DARIN W. SNYDER, State Bar No. 136003
   BRIAN BERLINER, State Bar No. 156732
9  ERIC J. KNAPP, State Bar No. 214352
   MICHAEL SAPOZNIKOW, State Bar No. 242640
10 O'MELVENY & MYERS LLP
   Embarcadero Center West
11 275 Battery Street
   San Francisco, CA 94111-3305
12 Telephone:  (415) 984-8700
   Facsimile:  (415) 984-8701
13
   Attorneys for Plaintiff
14 TELEPHIA, INC.

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   OAKLAND DIVISION

18

19  TELEPHIA, INC., a Delaware corporation ) CASE NO.: C 06 3767 SBA (BZ)
                                           )
            Plaintiff,                     )
20        v.                               ) **JOINT STIPULATION AND ORDER**
                                           ) **RE: BRIEFING SCHEDULE AND**
21  M:METRICS, INC., a Delaware corporation ) **HEARING FOR M:METRICS'**
                                           ) **MOTION FOR PARTIAL SUMMARY**
22          Defendant.                     ) **JUDGMENT**
                                           )
23  AND RELATED COUNTERCLAIM.              )
                                           )

24

25  **I.       BACKGROUND**

26          On June 13, 2007, M:Metrics filed a motion seeking partial summary judgment that the

27  current version of its Meter Client software does not infringe Telephia's U.S. Patent No. 6,745,011

28  ("the '011 patent") (Docket No. 110).

JOINT STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE AND HEARING
CASE NO.: C 06 3767 SBA (BZ)

1   Under the current briefing schedule, Telephia's opposition brief is due on August 21, 2007

2   and M:Metrics' Reply Brief is due on August 28, 2007.  A hearing on M:Metrics' motion is

3   currently scheduled for September 11, 2007.

4   Telephia intends to submit a declaration from its technical expert, Dr. Thomas Conte, in

5   support of its opposition brief.  M:Metrics seeks to depose Dr. Conte on his declaration before

6   M:Metrics submits its reply brief.  Under the current briefing schedule, M:Metrics does not have

7   sufficient time to depose Dr. Conte before its reply brief is due.

8   On July 26, 2007, M:Metrics filed a motion to change time, requesting that the Court move

9   up the due date for Telephia's opposition brief.  Telephia opposed M:Metrics' motion, arguing

10  that instead the parties should continue the date for the summary judgment hearing.   The Court

11  denied M:Metrics' motion to change the due date for Telephia's opposition brief.

12  After the Court's ruling, counsel for M:Metrics contacted counsel for Telephia proposing

13  that the parties stipulate to extend the briefing schedule and hearing date on M:Metrics' Motion

14  for Partial Summary Judgment so that M:Metrics would have sufficient opportunity to take Dr.

15  Conte's deposition.  Counsel for Telephia has agreed to that request.

16  **II.    STIPULATION**

17  Therefore, the parties jointly request and stipulate that the Court enter the following order

18  extending the briefing schedule and hearing date as follows:

19  (1)    Telephia's opposition brief is due August 28, 2007;

20  (2)    M:Metrics' reply brief is due September 18, 2007;

21  (3)    The hearing on M:Metrics' Motion for Partial Summary Judgment (Docket No.

22  110) shall be rescheduled from September 11, 2007 to October 2, 2007.

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE AND HEARING
CASE NO.: C 06 3767 SBA (BZ)

1   **SO STIPULATED.**

2

3   Dated:  August 10, 2007                    WILSON SONSINI GOODRICH & ROSATI

4

5                                              By:_____/s/_____
                                                   Christopher Parry

6
                                               Attorneys for Defendant and Counterclaimant
7                                              M:METRICS. INC.

8

9   Dated:  August 10, 2007                    O'MELVENY & MYERS LLP

10

11                                             By:_____/s/_____
                                                   Eric J. Knapp
12
                                               Attorneys for Plaintiff and Counterdefendant,
13                                             TELEPHIA, INC.

14

15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
    _____
16

17  Dated: 8/17/07                             By: _Saundra B. Armstrong_____
                                                   Hon. Saundra Brown Armstrong
18                                                 United States District Judge

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE AND HEARING
CASE NO.: C 06 3767 SBA (BZ)

**Attestation Pursuant to General Order 45.X**

I, Christopher Parry, hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.


Dated:  August 10, 2007                    By:            /s/
                                                    Christopher Parry