TERRY KEARNEY, State Bar No. 160054
MICHAEL B. LEVIN, State Bar No. 172329
CHRISTOPHER R. PARRY, State Bar No. 209858
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: mlevin@wsgr.com

Attorneys for Defendant, M:Metrics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TELEPHIA, INC., a Delaware corporation<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M:METRICS, INC., a Delaware corporation<br><br>　　　　Defendant.<br><br>M:METRICS, INC., a Delaware corporation<br><br>　　　　Counter-Complainant,<br>　　v.<br><br>TELEPHIA, INC., a Delaware corporation<br><br>　　　　Counter-Defendant, | CASE NO.: C 06 3767 SBA (BZ)<br><br>[PROPOSED] ORDER TO SEAL DOCUMENTS FILED WITH TELEPHIA'S OPENING CLAIM CONSTRUCTION BRIEF |

　　　　Plaintiff and Counterclaim-defendant Telephia, Inc. ("Telephia") has filed an Opening Claim Construction Brief on February 15, 2007. *See* dkt 62. Defendant and Counterclaimant M:Metrics, Inc. ("M:Metrics") has previously filed a declaration establishing that Exhibit 6 of Telephia's Opening Claim Construction Brief—which is a copy of M:Metrics' Response to Telephia Inc.'s First Set of Requests For Admission To M:Metrics, Inc.—contains M:Metrics' confidential information. *See* dkt 53, 69.

[PROPOSED] ORDER TO SEAL　　　　　　　　　　-1-
DOCUMENTS FILED WITH TELEPHIA'S
OPENING CLAIM CONSTRUCTION BRIEF
CASE NO. C 06 03767 SBA (BZ)

1   Good cause appearing therefor, IT IS HEREBY ORDERED THAT the following
2   documents lodged under Civil L.R. 79-5(d) by Telephia in connection with Telephia's Opening
3   Claim Construction Brief filed February 15, 2007 shall be sealed:
4   Exhibit 6 of Telephia's Opening Claim Construction Brief.

6   IT IS SO ORDERED

9   Dated: 9/27/07

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
United States District Judge