IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELEPHIA, INC., a Delaware corporation,

        Plaintiff,

    v.

M:METRICS, INC., a Delaware corporation,

        Defendant.

No. C 06-03767 SBA (BZ)

**ORDER**
[Docket Nos. 110, 166]

Before the Court is defendant M:Metrics, Inc.'s ("M:Metrics") Motion for Partial Summary Judgment of Noninfringement [Docket No. 110]. After reading and considering the arguments presented by the parties, the Court finds this matter appropriate for resolution without a hearing. The Court has issued a detailed analysis of this motion in its accompanying sealed order. For the reasons articulated in the sealed order, the Court GRANTS M:Metrics' Motion for Partial Summary Judgment. Telephia's motion for leave to file an opposition to M:Metrics' nonexistent "motion to strike" [Docket No. 166] is DENIED AS MOOT.

    IT IS SO ORDERED.

Dated: 11/6/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge