UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEPHIA, INC., | ) |
| Plaintiff(s), | ) No. C06-3767 SBA (BZ) |
| v. | ) **FOURTH DISCOVERY ORDER** |
| M:METRICS, INC., | ) |
| Defendant(s). | ) |

On November, 13 2007, I held a telephonic conference regarding the discovery dispute outlined in defendant's letter dated November 7, 2007. Each party was represented by counsel. I find no need for further briefing or argument. For the reasons stated during the conference, **IT IS HEREBY ORDERED** that all depositions shall be completed by **December 3, 2007.**

Dated: November 14, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TELEPHIA\Fourth.DISC.ORD.wpd

1