| | |
|---|---|
| 1 | DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com<br>BRIAN M. BERLINER (S.B. #156732) – bberliner@omm.com |
| 2 | O'MELVENY & MYERS LLP<br>Embarcadero Center West |
| 3 | 275 Battery Street<br>San Francisco, CA 94111-3305 |
| 4 | Telephone: (415) 984-8700 |
| 5 | JEFFREY E. OSTROW (S.B. # 213118) – jostrow@stblaw.com<br>NOAH M. LEIBOWITZ (admitted pro hac vice) – nleibowitz@stblaw.com |
| 6 | SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street |
| 7 | Palo Alto, California 94304<br>Telephone: (650) 251-5030 |
| 8 | |
| 9 | Attorneys for Plaintiff<br>TELEPHIA, INC. |
| 10 | TERRY KEARNEY (S.B. #160054)<br>MICHAEL B. LEVIN (S.B. #172329) |
| 11 | CHRISTOPHER R. PARRY (S.B. #209858)<br>WILSON SONSINI GOODRICH & ROSATI |
| 12 | Professional Corporation<br>650 Page Mill Road |
| 13 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 14 | Email: mlevin@wsgr.com |
| 15 | Attorneys for Defendant<br>M:METRICS, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TELEPHIA, INC., a Delaware corporation, | Case No. C 06-03767 SBA (BZ) |
| Plaintiff, | **AMENDED STIPULATION PERMITTING M:METRICS TO AMEND ANSWER AND COUNTERCLAIMS AND ALTERING CASE SCHEDULE** |
| v. | |
| M:METRICS, INC., a Delaware corporation, | |
| Defendant. | |

WHEREAS, M:Metrics has filed a Motion For Leave To File Amended Answer And Counterclaims And To Adjust Case Schedule ("Motion For Leave") in which M:Metrics proposes to add new counterclaims to this action; and

WHEREAS, the parties require further discovery to fairly litigate M:Metrics' proposed counterclaims; and

WHEREAS, the parties have agreed to a mutually acceptable case schedule for the litigation of all claims; and

WHEREAS, while Telephia contends that M:Metrics' proposed counterclaims lack merit, Telephia does not object to the addition of M:Metrics counterclaims to this action subject to the agreed case schedule;

WHEREAS, the parties have not previously altered the dates affected by their agreed case schedule; and

WHEREAS, the Court has requested that the parties adjust the dates proposed in the parties' original stipulation filed on November 20, 2007

THEREFORE the parties jointly stipulate and request that the Court enter the following order:

(1) M:Metrics has leave to file its amended counterclaims;

(2) The Court adopts the following amended case schedule set forth below;

| Event | Current Schedule | Agreed Schedule |
| --- | --- | --- |
| Discovery Cut-Off | 12/3/07 | 4/17/08 |
| Initial Expert Disclosure | 12/17/07 | 4/24/08 |
| Rebuttal Expert Disclosure | 1/31/08 | 5/8/08 |
| Expert Discovery Cut-Off | 3/27/08 | 5/23/08 |

AMENDED STIPULATION
CASE NO. C 06-03767 SBA (BZ)

| | | |
|---|---|---|
| Dispositive Motion Cut-Off | 4/29/08 | 5/27/08 |
| Settlement Conference | 5/15/08 – 5/30/08 | 6/18/08-6/27/08 |
| Pretrial Preparation Due | 6/17/08 | 7/1/08 |
| Motions in Limine and Objections to Evidence | 6/24/08 | 7/8/08 |
| Responses to Motions in Limine or Objections to Evidence | 7/01/08 | 7/15/08 |
| Pretrial Conference | 7/08/08 | 7/22/08 |
| First Day of Trial | 7/21/08 | 9/08/08 |

Dated:  11/28/2007

DARIN W. SNYDER
BRIAN BERLINER
ERIC J. KNAPP
MICHAEL SAPOZNIKOW
JAMES A. HIGH, JR.
O'MELVENY & MYERS LLP


By:    /s/ Michael Sapoznikow
       Michael Sapoznikow
       Attorneys for Plaintiff
       TELEPHIA, INC.


Dated:  11/28/2007

TERRY KEARNEY
MICHAEL B. LEVIN
CHRISTOPHER R. PARRY
WILSON SONSINI GOODRICH & ROSATI


By:    /s/ Christopher R. Parry
       Christopher R. Parry
       Attorneys for Defendant
       M:METRICS, INC.

AMENDED STIPULATION
CASE NO. C 06-03767 SBA (BZ)

1  Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that
2  concurrence in the filing of this document has been obtained from the other signatories
3
4       Dated: 11/28/2007                    By:   /s/ Michael Sapoznikow
5                                                  Michael Sapoznikow
                                                   Attorneys for Plaintiff
6                                                  TELEPHIA, INC.
7
8  **PURSUANT TO STIPULATION, IT IS SO ORDERED**
9
10      Dated: November 30, 2007             By:   *Saundra B Armstrong*
                                                   Honorable Saundra Brown Armstrong
11                                                 UNITED STATES DISTRICT JUDGE
12
   SF1:696330.1
13

3

AMENDED STIPULATION
CASE NO. C 06-03767 SBA (BZ)