Honorable Saundra B. Armstrong
Case 4:06-cv-03767-SBA
Telephia, Inc. v. M:Metrics, Inc.

Jeffrey E. Ostrow (Bar No. 213118)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: jostrow@stblaw.com

Noah M. Leibowitz (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: nleibowitz@stblaw.com

Attorneys for Plaintiff
Telephia, Inc.

**FILED**

JAN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TELEPHIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>M:METRICS, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-03767 SBA<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND [PROPOSED] ORDER GRANTING WITHDRAWAL** |

1       WHEREAS, Plaintiff TELEPHIA, INC. is represented in this matter by the law firms O'Melveny & Myers LLP, Simpson Thacher and Bartlett LLP and Jones Day;

      WHEREAS, by this Notice only the law firm Simpson Thacher & Bartlett LLP seeks to withdraw as counsel for Plaintiff TELEPHIA, INC.; and

      WHEREAS, Plaintiff TELEPHIA, INC. was provided with notice of Simpson Thacher & Bartlett LLP's intention to withdraw from this case in advance of this filing and has consented to that withdrawal, and all parties to this case have been provided with notice of Simpson Thacher & Bartlett LLP's intention to withdraw in accordance with Local Rule 11-5;

      NOW, THEREFORE, Simpson Thacher & Bartlett LLP respectfully submits this Notice of Withdrawal and Proposed Order allowing withdrawal as counsel representing Plaintiff TELEPHIA, INC. in this matter and respectfully requests that the Court remove Simpson Thacher & Bartlett LLP, Jeffrey E. Ostrow and Noah M. Leibowitz, from its list of counsel representing Plaintiff, TELEPHIA, INC. in this matter. All other counsel of record for TELEPHIA, INC. will remain the same.

Dated: January 15, 2008            Respectfully Submitted,

SIMPSON THACHER & BARTLETT LLP

By: _____/s/_____
            Jeffrey E. Ostrow

|   |   |
|---|---|
| 1 | PROPOSED ORDER |
| 2 | Pursuant to Local Rule 11-5, the Court grants Simpson Thacher & Bartlett LLP's |
| 3 | request to withdraw as counsel of record in the action entitled *Telephia Inc. v. M:Metrics, Inc.*, |
| 4 | Case No. C 06-03767 SBA. |
| 5 | IT IS SO ORDERED. |

_____
Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE