UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TELEPHIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>M:METRICS, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C 06-3767 (SBA) (BZ)<br><br>~~[PROPOSED]~~ ORDER REGARDING STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

NOW THEREFORE, pursuant to the Stipulation of Dismissal, it is hereby ORDERED that the claims and counterclaims pending in the present case, C 06-3767 (SBA) (BZ), shall be dismissed without prejudice to any party.

Dated: 3/11/08

By: *Saundra B. Armstrong*
JUDGE SAUNDRA B. ARMSTRONG